UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES QUENZELL OWENS,        )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>S. A. HOLENCIK, et al.,       )<br>                              )<br>          Defendants.         )<br>_____) | No. EDCV 11-1533-GW(CW)<br><br>ORDER ACCEPTING REPORT AND<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report and Recommendation have been received.[1] The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Plaintiff was a prisoner in federal custody. In a minute order filed November 12, 2013, the court noted his imminent release, and reminded him of the obligation to provide a current mailing address. [Docket no. 64.] On February 5, 2014, Defendants advised the court that Plaintiff was released on December 4, 2013. [Docket no. 66.] The magistrate judge has since issued an order to show cause, a report and recommendation, and a notice. [Docket nos. 67, 69, 70.] These documents have been returned as undeliverable. [Docket nos. 72-75.] Defendants have verified that letters sent to Plaintiff's address of record and another address were returned as undeliverable. [Docket no. 68.] Plaintiff has not filed a change of address or anything else, and the court has no way to locate him.

1 **IT IS THEREFORE ORDERED** that judgment be entered dismissing the
2 action, without prejudice, for failure to prosecute and failure to
3 comply with court orders.

5 DATED: July 30, 2014

*[signature: George H. Wu]*

GEORGE H. WU
United States District Judge