**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES QUENZELL OWENS,<br>Plaintiff,<br>v.<br>S. A. HOLENCIK, et al.,<br>Defendants. | No. EDCV 11-1533-GW(CW)<br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 30, 2014

GEORGE H. WU
United States District Judge